I, **YAEL ORLY KADOCH JUÁREZ**, competent Sworn-in Translator authorized in the Republic of Guatemala to translate the Spanish and English languages pursuant to Resolution number 354, issued by the Ministry of Education on March 10, 2005, Hereby Certify: To have had at sight a document written in Spanish, which contents faithfully and accurately translated by me into English read as follows:

"[On the footer of every page:] UEAI 004-2015 jm [illegible signature]

| | |
|---|---|
| **TO:** | Mary Ellen Warlow, Director of the International Affairs Office of the Criminal Division of the Department of Justice, United States of America |
| **FROM:** | MSc. Thelma Esperanza Aldana Hernández, General Public Prosecutor and Head of the General Public Prosecutor's Office ("Ministerio Público") of the Republic of Guatemala, Central America. 15 Avenida 15-16 Zona 1, Barrio Gerona, 8 nivel, Bureau of the General Prosecutor, Guatemala City. Tel: (502) 2411-9191/2411-8181. |
| **REF.:** | **UEAI 004-2015.** Prosecutor's Office against Human Trafficking, Unit against the Sale of Individuals and Illegal Adoptions. **File MP-0009-2012-74458.** (For any information regarding this request, please contact jmaldonado@mp.gob.gt, vperdomo@mp.gob.gt, and ueai@mp.gob.gt or by telephone number (502) 2411-9191 ext. 7047 or 7050) |

## THE GENERAL PUBLIC PROSECUTOR OF THE REPUBLIC OF GUATEMALA AND HEAD OF MINISTERIO PÚBLICO

### REQUESTS:

To please assist in the corresponding legal steps in order to obtain from the corresponding entities, the information hereby requested and the fulfillment of the proposed procedures, based on the following

### FACTS:

The Prosecutor's Unit of Offenses against Journalists of the Prosecutor's Office of Human Rights of Ministerio Público is investigating the events that happened on 30 May 2012 at 5 p.m., when the journalist Armando José Marcelo Soto Enríquez was tricked into going to an appointment by Carlos Domingo Portillo Gracioso and José Manuel Bolaños Fortuny. The appointment was at kilometer

221.8 of the road that leads from the municipality of Zunil to the tourist center Fuentes Georginas, Department of Quetzaltenango. Portillo Gracioso and Bolaños Fortuny came in an unknown vehicle and told him to get in. He parked his vehicle. Moments later, a taxi with two armed men arrived; one of them got off the vehicle, and Portillo Gracioso and Bolaños Fortuny signaled him and, at this point, the criminal pointed his gun at the offended, and compelled him to get off the vehicle and to get on his knees; at gun point to the head, he noticed that his friends were accomplices of the assault. However, the offended, Armando José Marcelo Soto Enríquez, decided to grab the gun from the assailant; they struggled, and at this point, Bolaños Fortuny (his friend) knocked him on the neck, and Portillo Gracioso told him that he'd better cooperate. The other individual that was still in the taxi, immediately got off the vehicle and drew a gun; the offended, once he saw himself cornered, jumped to a 300-meter-deep cliff.

Subsequently, the assailants drove the vehicle, Volkswagen with license plates ████████ and property of the offended, off the cliff in order to simulate a car accident; however, they did not achieve their purpose, as [the offended] survived the attempt and only had serious injuries.

Several months before that, Mr. Armando José Marcelo Soto Enríquez had signed an life insurance policy, issued by Best Meridian International Insurance Company; SPC, ████████████████, for the amount of tree hundred thousand US dollars (US$300,000.00); therefore, he believes that this is the only reason why they would want to kill him. The beneficiary [on the policy] is Astrid María Zachrisson González, unknown to him and not related to him.

For these actions, only two persons are subject to criminal proceedings: Astrid María Zachrisson González and José Manuel Bolaños Fortuny, charged with Attempted Murder, Conspiracy to Murder and Illegal Association in First Criminal Court of First Instance, Drug Dealing, Offenses against the Environment of Quetzaltenango, criminal case number C-09011-2013-02268.

For Ministerio Público, it is important to establish the connection between the defendants Astrid María Zachrisson González, José Manuel Bolaños Fortuny, Carlos Domingo Portillo González and Mr. Carlos Eddie Bolaños, sales agent with the entity Bolaños Amaya Consultores, Sociedad Anónima of Guatemala; to verify the circumstances of the life insurance policy, and to establish the physical and legal existence of that commercial entity in the United States of America.

## DESCRIPTION OF THE REQUEST

To please request from the corresponding entity the following information in writing:

1. To request from the entity Best Meridian International Insurance Company, with address SPC, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the following:
    a) Certification of the life insurance policy of Mr. Armando José Marcelo Soto Enríquez, number ▮▮▮▮▮▮▮▮ requested on date 13 December 2011 and authorized on 27 January 2012. The sales agent for Guatemala was Mr. Carlos Eddie Bolaños.
    b) Report stating the name of the legal entity or individual that is authorized in Guatemala by Best Meridian International Insurance Company to sell life insurance policies, indicating the name of the legal representatives, dependent agents, independent agents and brokers that appear from 2010 until the current date.
    c) To inform whether José Manuel Bolaños Fortuny had direct business with Best Meridian International Insurance Company, as legal representative of the entity Bolaños Amaya Consultores Sociedad Anónima, a Guatemalan company, from 2010 and until 2013.
    d) To indicate whether Astrid María Zachrisson González, Carlos Domingo Portillo Gracioso, Armando José Marcelo Soto Enríquez have a connection or relation with the entity Best Meridian International Insurance Company, as beneficiaries or holders of any type of insurance premium from 2010 and until today, and if they have collected a life insurance policy in the name of a third party.
2. To state whether the entity Best Meridian International Insurance Company has had commercial relations with Bolaños Amaya Consultores Sociedad Anónima, and if so, to state [the names of the persons] who appear as insurance holders and beneficiaries and how many life insurance policies they have paid since 2010 and until the current date.
3. To inform of the name of the doctors who are authorized to run tests as essential requirement for approval of insurance policies in Guatemala, from the year of 2010 and until the current date.
4. To inform of the name of the sales agent authorized to sell insurance policies in Guatemala.
5. To inform of the requirements demanded in 2011 and 2012 to authorize a life insurance for Guatemala.

## LEGAL BASES APPLICABLE TO THE OFFENSES UNDER INVESTIGATION

**\* Criminal Code, Decree 17-73, Congress of the Republic of Guatemala**

**Article 132. Murder:** Murder is committed by the person who kills another person:

1) With malice aforethought

2) In exchange for a price, reward, promise, will of profit

3) (…)

4) With flagrant premeditation

5) (…)

6) (…)

7) To prepare, facilitate, complete and conceal another offense or to make sure of its results or for own immunity or for that of partners or for not having obtained the result that was intended when trying to commit the other punishable offense.

8) (…)

The offender who commits murder will be sentenced to 25 to 50 years of prison; however, he or she will be charged with death penalty instead of maximum prison time, should the circumstances of the act, occasion, the way it was committed and the determining motives reveal a greater danger. Those who are not charged with death penalty for this crime will not be granted a reduction to their sentence for any reason whatsoever.

**ARTICLE 14 - ATTEMPT:**

Attempt exists when in order to commit an offense, the execution is started by external, ideal actions, but it is not consummated due to causes independent of the will of the agent.

**\*\*Law against Organized Crime, Decree 21-2006 of Congress of the Republic of Guatemala**

**Article 3: Conspiracy.** The person who is in concert with others in order to commit one or more offenses listed in this article commits conspiracy. The punishments that are to be imposed to each person for conspiracy shall be the same ones as those provided for the offense that is conspired, independently from the ones assigned for the committed offenses.

The offenses listed in the first paragraph of this article are the following:

a) (…)

b) (…)

c) (...)

d) (...)

e) Those contained in the Criminal Code:

   e.1) misappropriation, embezzlement, graft, fraud, collusion and legal prevarication;

   e.2) (...)

**Article 4. Illegal Association**: The person who participates or takes part of the following associations commit the offense of illegal association:

1. Those whose purpose is to commit a crime, or after being constituted, promote the commission of the crime (...)

This offense shall be sanctioned with six to eight years of imprisonment, notwithstanding the penalties received to the committed offenses.

\*\*\* Pursuant to article 6 of the <u>INTER AMERICAN CONVENTION ON MUTUAL LEGAL ASSISTANCE IN A CRIMINAL MATTER,</u> this request of legal assistance complies with the requirement that the penalty for the offense be not less than one year; the maximum penalty for the offense of Human Trafficking is up to eighteen years of imprisonment.

## PURPOSE OF THE LEGAL ASSISTANCE

For Ministerio Público, it is important to confirm in the investigation the physical and legal existence of the entity Best Meridian International Insurance Company; moreover, to ascertain the connection between the defendants Astrid María Zachrisson González, José Manuel Bolaños Fortuny, Carlos Domingo Portillo González and Mr. Carlos Eddie Bolaños, sales agent for Guatemala, as well as the legal circumstances of how the life insurance policy in favor of Mr. Armando José Marcelo Soto Enríquez originated and was verified.

## PROCEDURE TO BE FOLLOWED

Once the investigation efforts have been completed on your side, **we request that the legalization of the signatures of the officers involved is complied**, according to the reserve of the Republic of Guatemala when subscribing the Inter American Convention on Mutual Legal Assistance in a Criminal Matter; the outcome is to be forwarded to the Guatemalan Embassy in Washington, D.C., United States of America, for the corresponding legalization of signature, before its remittance to

...
...
...

the Central Authority in Guatemala, in this case, to the General Public Prosecutor of the Republic of Guatemala.

## LEGAL GROUNDS FOR THIS ASSISTANCE REQUEST

The Request is made based on the **INTER AMERICAN CONVENTION ON MUTUAL LEGAL ASSISTANCE IN A CRIMINAL MATTER**, adopted in Nassau, Commonwealth of the Bahamas, on 23 May 1992, of which the Republic of Guatemala and the United States of America are signatories.[1]

## RECIPROCITY DECLARATION

Ministerio Público, as the requesting authority and body in charge of investigating in the State of Guatemala, offers reciprocity in analogous cases, according to the Guatemalan law, to international treaties and customs and shows its gratefulness to the prompt answer to our request.

Guatemala City, 19 January 2015

Cordially,

[Illegible signature]

**MSc. Thelma Esperanza Aldana Hernández**

**General Public Prosecutor and Head of Ministerio Público of the Republic of Guatemala**

[stamp:] Republic of Guatemala, Ministerio Público, General Public Prosecutor.

---

[1] Applicable Provisions of the TREATY, without excluding others:

ARTICLE 1. PURPOSE OF THE CONVENTION
The Member States commit to provide mutual assistance in legal matters, according to the provisions of the present Convention.

ARTICLE 2. APPLICATION AND SCOPE OF THE CONVENTION
The Member States shall provide mutual assistance in investigations, trials and other acts of criminal matters, relative to offenses acknowledged by the Requesting State at the moment assistance is requested. This convention does not empower a Member State to pursue the exercise of jurisdiction in the territory of the other Member State, nor to exercise functions reserved exclusively to the authorities of the other Party by its internal legislation. This Convention applies only when providing mutual assistance between Member States; its provisions do not entitle individuals to obtain or exclude proof, nor to hinder the execution of any assistance request.

ARTICLE 7: SCOPE OF APPLICATION
The assistance envisaged under this convention shall include the following Procedures among others:
a. notification of rulings and judgments;
b. taking of testimony or statements from persons;

c. summoning of witnesses and expert witnesses to provide testimony;
d. immobilization and sequestration of property, freezing of assets, and assistance in procedures related to seizures;
e. searches or seizures;
f. examination of objects and places;
g. service of judicial documents;
h. transmittal of documents, reports, information, and evidence;
i. transfer of detained persons for the purpose of this convention; and
j. any other procedure provided there is an agreement between the requesting state and the requested state.

[signature and seal]

[Pages 1 to 8 of the enclosed document are written in English.]

9

## OFFICIAL RECEIPT
No. MT00537027
**ARMANDO JOSE MARCELO SOTO ENRIQUEZ**

Policy number: ▉
Date ▉                              Total paid:    $381.00

The amount received, excluding tax and charges, has been applied to your policy according to the terms of the agreement.

[Illegible signature]
President

**PLEASE KEEP THIS DOCUMENT IN YOUR FILES**

---

BEST MERIDIAN INTERNATIONAL INSURANCE COMPANY SPC

Cc: Guatemala 2810 2842



10

**PART A**

**1. PERSONAL INFORMATION OF THE PROPOSED INSURED PARTY (please print)**

Last name/First                              Sex    DOB (month/day/year) Age
SOTO ENRIQUEZ ARMANDO JOSE MARCELO            M     ■                    ■

Place of birth         Height (Mt./cm.)      Weight (kg./Lb.)    ID Number
Guatemala              1.70                  160 lbs.            ■

Address                                      Telephone numbers
■              Alamedas ■                    Home   ■
■                                            Mobile ■

Are you a resident of the US?    No          Marital status
If yes, indicate your social security number Married
[blank]
Yearly income: $24,000.00         Email:     Postal Address:
Patrimony:     $85,000.00         [blank]    [blank]

**2. EMPLOYER**

Name of the company:              Occupation:
Imagenes, ■                       Press/Advertising agency

[On the right margin, handwritten:] Bolaños knew about the company of Armando Soto.  Address and name of Armando

Name or function of the company:  Duties:
S.A. [public limited company]     Responsible of poster design and marketing campaigns
Address:

■
■                                 Years of employment with the company:
■                                 12

**3. INSURANCE PLAN**

Name of the plan:        Amount insured:            Non Smoker
Term 95                  US$300,000.00              Initials: AJMSE
Only for adjustable life insurance with flexible premiums – Benefit option for death – Option A will
be automatically chosen if you do not choose one option.                    Payment
Option A: Accrued value included in the insurance amount                    Yearly
Option B: Accrued value is paid in addition to the insurance amount
Premium to pay:          Initial payment:
US$ 381.00               US$ 381.00
Source of income:
Salary for services/sales commissions

[signature and seal]

11

4. **VARIABLE LIFE YEARLY PREMIUM  (Select investment fund)**
Name of the fund:                               Percentage
[blank]                                         [blank]

5. **OPTIONAL ATTACHMENTS**
Premium reimbursement:        No

6. **HOLDER OF THE POLICY (If different from the proposed insured party)**
Last name/first: [blank]                        Contingent holder:  Last name/first: [blank]
Relation with the proposed insured party: [blank]   Email: [blank]
Address: [blank]
Telephone numbers: [blank]

7. **SECOND ADDRESSEE**
Last name/first: [blank]                        Address: [blank]
Telephone numbers: [blank]                      Email: [blank]

8. **VALID LIFE INSURANCE(S) OF THE PROPOSED INSURED PARTY**
None

9. **BENEFICIARIES (If there is a minor among beneficiaries, pleas complete a form to designate parental rights)**

| Primary | Family relation | DOB (month/day/year) | ID Number | % |
|---|---|---|---|---|
| Astrid Maria Zachrisson Gonzalez | Concubine | [redacted] | A-1 8[redacted] | 100% |

10. **SPECIAL DISPOSITIONS**

**11. DETAILS OF THE PROPOSED INSURED PARTY**
1. Have you ever practiced or do you plan to practice aviation activities as pilot or crew member, soaring, racing, scuba diving, parachuting, with or without free falling, or any other dangerous or extreme sport?     No.
2. Have you ever traveled or do you plan to travel abroad? I have traveled, buy I do not plan to travel at this moment.
3. Have you ever been investigated, arrested or convicted of a crime? No.
4. Have you been kidnapped or victim of extortion? No.
5. Have you ever been involved in a car accident, declared guilty of driving under the influence of alcohol or drugs or have had more than one traffic violation? Please detail. No.
6. Have you ever requested or applied for benefits for disability? No.
7. Have you ever served or do you plan to serve in the Army or military reserves? No.

B. During the last twelve months, have you ever smoked cigarettes or used other tobacco products? If so, please indicate the product and amount. No.

C. During the last ten years, have you used cocaine, marihuana, methamphetamines, barbituric or other controlled substances? If so, please complete the form on "Drug use." No.

D. Do you take alcoholic beverages? If so, please indicate the amount and frequency. No.

All statements contained in the application, as in other questionnaire or affidavit relative to this application are correct and exact. It is agreed that these declarations and answers take part of the policy. Only an authorized official of Best Meridian International Insurance Company SPC may modify the application. The proposed insured party must provide correct information, notwithstanding any declaration provided by the agent. The policy shall be valid if: (a) the policy holder receives it and accepts it without any change; (b) if the initial premium is paid in full; (c) there is no change in insurability and the financial status of the proposed insured party at the moment of delivery of the policy. However, if the premium is paid according to the conditional life insurance agreement that is attached herein, and the conditional receipt is delivered to the policy holder, the conditional receipt conditions shall govern. Any change to the insured amount, age, date of issuance of the policy, risk classification, insurance plan or beneficiary shall be made in writing wherever compelled. The policy holder is entitled to change the beneficiary and to exercise all other rights without the consent of the beneficiary, subject to any statutory restriction and the rights of any designated beneficiary with irrevocable character.

I certify that the money used to pay the premiums of this policy comes from legal sources.

I have received notice regarding the Medical Information Office and have been notified that a report may be prepared regarding this application form. I authorize Best Meridian International Insurance Company SPS and insurance companies to obtain such report.

Any person that knowingly and with the intention to cause damage, fraud or deceit to any insurer, files a claim or request containing false, incomplete or deceitful information shall be guilty of committing felony or third-grade offense.

Dated in Guatemala, on 12/13/2011          Signature of the witness/agent [illegible]
Signature of the proposed insured party [illegible]
Signature of the policy holder (if different to the proposed insured party)

13

**PART B**
1. Name of the doctor and/or personal doctor who saw you recently. He has not seen anyone.
   Date: [blank]    Reason: [blank]    Treatment received: [blank]
2. Have you had a change in weight in the last twelve months? Please provide details. No.

**3. CLINICAL RECORD**
Have you been diagnosed with or treated for one of the following conditions?
a. Eye, ear, nose or throat illness?    No.
b. Dizziness, fading, convulsion, headache, speech, paralysis, apoplexy, mental or nervous disorder? No.
c. Asphyxia, hoarse throat, persistent cough, blood sputum, bronchitis, pleurisy, asthma, emphysema, tuberculosis or chronic respiratory disorders? No.
d. Chest pain, palpitations, arterial hypertension, rheumatic fever, cardiac murmur, cardiac arrest or any other heart disease? No.
e. Jaundice, intestinal hemorrhage, ulcer, hernia, appendicitis, colitis, diverticulitis, hemorrhoids, recurrent indigestion or other stomach, bowel liver or gallbladder disorder? No.
f. Sugar, albumin, blood or pus in the urine, venereal disease, stones or other kidney, bladder, prostate or reproductive organ disorders? No.
g. Diabetes, thyroid or other endocrine disorder? No.
h. Neuritis, sciatic, rheumatism, arthritis, gout or disorder in the muscles or bones, including the spine, back and joints? No.
i. Deformity, limp or amputation? No.
j. Skin condition, lymph, cyst, tumor or cancer? No.
k. Allergy, anemia or other blood disorder? No.
l. Are you currently on medication, under observation or prescribed treatment? No.

**In addition to all the above, have you ever, in the past ten years:**
m. Have you suffered of a mental or physical illness? No.
n. Have you had a medical test, consult, illness lesion or surgery? Yes.
o. Have you been a patient at a hospital, clinic or other medical institution? No.
p. Have you had an EKG, radiography or other diagnostic test? Yes.
q. Have you been advised on having a diagnostic test, hospitalization or surgery that has not been conducted? No.
4. Have you had positive test results for having been exposed to HIV or have you been diagnosed with the complex related to AIDS due to an HIV infection or other illness or condition resulting of that infection? No.
5. Have your parents, siblings had diabetes, cancer, arterial hypertension, cardiac, kidney and/or mental disorder? No.
6. Only for women:
   a. Have you had a disorder with your period, pregnancy, reproductive organs or breasts?
   b. Are you pregnant? How months far are you?

Details on statements 3 (a-q), 4, 5 and 6. Please indicate dates, diagnoses, name and address of all the doctors and institutions that provided the services.   3.n. Fracture in right foot in August 2006, cast by IGSS. 3.p. Radiography of right foot.

All the statements and responses contained in this application form and any other questionnaire or affidavit relative to this application are true and exact. I authorize any licensed doctor, hospital, clinic or any other

medical entity that provides medical services, insurance and reinsurance company, Medical Information Office, information agency for the consumer that has data or knowledge about me or my health relative to the diagnose, treatment or prognosis of any illness and/or mental or physical treatment, or that may have information that is not related to medicine about my person, to provide Best Meridian International Insurance company SPC or its reinsurance companies all the information that it requests. This authorization shall be valid for two years and a half as of the date indicated hereunder. A photocopy of this authorization shall be as valid of its original.

Dated in Guatemala, on 12/13/2011          Signature of the witness/agent [illegible]

Signature of the proposed insured party [illegible]
Signature of the policy holder (if different to the proposed insured party)

**POLICY NUMBER** ▮▮▮▮▮ **– STATUS: VALID**

**General Information**

Not recorded in Web Site / Not recorded for recurrent payments

| | | | |
|---|---|---|---|
| Holder: | Armando Jose Marcelo Soto Enriquez | Date of issue: | Jan. 27, 2012 |
| Main insured party: | Armando Jose Marcelo Soto Enriquez (Class: non smoker) | Date of application: | Dec. 21, 2011 |
| Additional insured party: | N/A | Date of reception: | Dec. 28, 2011 |
| Country of issue: | Guatemala | Cancellation date: | |
| Plan | RNC 20 Year – Term95 (3120) | Last date of reinstatement: | |
| Payment: | Yearly | Last payment: | Jan. 30, 2012 |
| Annual premium: | $381.00 | Last amount paid: | $381.00 |
| Modal premium: | $306.00 | Invoiced until: | Jan. 27, 2013 |
| Amount insured: | $300,000.00 | Paid until: | Jan. 27, 2013 |
| | | Last amount invoiced: | $381.00 |

**Information on the Agent**

**INSURED PARTIES**

| Role | Insured party | DOB | Sex | Class | Effective from |
|---|---|---|---|---|---|
| Main insured party | ARMANDO JOSE MARCELO SOTO ENRIQUEZ | Oct ▮ | ▮ | ▮ smoker | ▮ |

**Plans**

| Plan | Effective from | Insured amount | Annual premium | Over premium |
|---|---|---|---|---|
| ARMANDO JOSE MARCELO SOTO ENRIQUEZ | | | | |
| RNC 20 Year – Term 95 | Jan 27, 2012 | $300,000 | $306.00 | $0.00 |

**Beneficiaries**

| Insured | Name | Relation | Sex | % Benefit | DOB | Effective date |
|---|---|---|---|---|---|---|
| ARMANDO JOSE MARCELO SOTO ENRIQUEZ | | | | | | |
| | ASTRID MARIA ZACHRISSON GONZALEZ | Concubine | F | 100 | ▮ | Jan. 27, 2012 |



**Addresses**

| Type | Address |
|---|---|
| Home | **Armando Jose Marcelo Soto Enriquez**<br>▉ A ▉<br>Alamedas ▉<br>▉<br>▉ |
| Email: | **Armando Jose Marcelo Soto Enriquez**<br>▉ |

**Telephone numbers**

| Type | |
|---|---|
| ▉ | ▉ |
| ▉ | 502 ▉ |
| ▉ | ▉ |
| ▉ | |

**Outstanding premiums**

Info:                outstanding amount:  $0.00
There are no transactions that are waiting in files.  Click to pay this policy/agreement.

**Transactions**

| Received | Expiration Date | Mode | Premium | Paid | Transaction |
|---|---|---|---|---|---|
| Dec 28, 2011 | Jan 27, 2012 | Yearly | $381.00 | $381.00 | Premium payment |

Only showing the last two years.

**Information on payments over the Internet**
Please choose this link to enroll in recurrent payments.

**Claims**
No items filed.




## CERTIFICATION OF DRIVER´S LICENSE DATA

**Personal Data:**

| | |
|---|---|
| Name of the holder: | ARMANDO JOSE MARCELO SOTO ENRIQUEZ |
| ID number: | ■ |
| | Issued in: |
| Department: | GUATEMALA |
| Municipality: | GUATEMALA |
| DOB: | ■ |
| Sex: | ■ |
| Address: | 50 ■ |
| Occupation: | Student |
| Telephone number: | ■ |
| Marital status: | Married |
| NIT: | |
| Blood type: | N/E |
| In case of emergency contact: | Armando Soto |
| Telephone number: | ■ |

[Photo]
License number: ■

**Details on the Issuance:**

| | |
|---|---|
| Page No.: | **1-2389332** |
| License type: | ■ |
| Years of having license: | 10 years |
| Date of issue: | 03/03/2012  13:31 |
| Expiration date: | 27/10/2012 |
| Previous license or page: | ■ |
| Step: | Renewal |

[Stamp:] Received by: Ministerio Público – Unit of Offenses against Journalists – Prosecutor´s Office of Human Rights – 23 MAY 2013 – Time: 9:36 [illegible signature]



29472067

## National Registry of Demography
## Republic of Guatemala
## Civil Registry
## Birth Certificate

The undersigned Civil Registrar of the National Registry of Demography, Municipality of Guatemala, Department of Guatemala

CERTIFIES

That on the ███████████████████████████████████████ birth entry 12207, page 104 of the book 41 IGSS of the Civil Registry of the Municipality of Guatemala, Department of Guatemala, the following birth was recorded:

**Data of the person on record:**

| | |
|---|---|
| Names and last names: | Armando Jose Marcelo Soto Enriquez |
| Date of birth: | ███████████████ Sex: Male |
| Place of birth: | Guatemala, Guatemala, Guatemala, GYN OB hospital |

**Data on the mother:**

| | |
|---|---|
| Names and last names: | Guadalupe Maribel Enriquez Argueta |
| Place of birth: | This capital city |

**Data on the father:**

| | |
|---|---|
| Names and last names: | Armando Ramiro Soto Solares |
| Place of birth: | Tiquisate, Escuintla |

**Remarks:**
The person on record was married to Sara del Rosario Lima Morales on 24 January 2004. See entry 323, page 323 of book 297 of notarial marriages. Guatemala, 09 March 2004.

This certificate is issued for the exclusive use of Ministerio Público for the investigation in the filed identified with number M009/2012/300919 in charge of Helmut Izaguirre, Assistant Prosecutor, Prosecutor's Office against Organized Crime.

[Stamp:] National Registry of Demography – RENAP – Civil Registry – Guatemala, Guatemala, Office No. 1

[Overleaf:]

I attest, [illegible signature] Laura Nohemí Melendez Machuca – Civil Registrar

CUI
Child: 1970290430101



**REPUBLIC OF GUATEMALA, CENTRAL AMERICA**
National Registry of Demography – Personal Document of Identity

Name:
ARMANDO
JOSE MARCELO

Last name:
SOTO
ENRIQUEZ

Sex:
MALE

Nationality:
GUATEMALA

DOB:

[Illegible signature]

Place of birth:
GUATEMALA
GUATEMALA
GUATEMALA

Domicile:                    Marital Status:
GUATEMALA                MARRIED
GUATEMALA

ID number:                Expiration Date:
                         03NOV2019

                         NAC.
Issued in:               L:41 IG F: 104 P:12207
MIXCO
GUATEMALA

Serial Number:
0000000453236"

In Witness Whereof, without assuming any responsibility for the contents or validity of the translating document, I issue the present SWORN TRANSLATION in Guatemala City, on 27 January 2015.

[Signature] [Seal]