UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

IN RE: Letter of Request from the Republic
of Guatemala Pursuant to the Agreement Between
the Government of the United States of America
and the Inter-American Convention on Mutual
Legal Assistance In Criminal Matters in the Matter
of Armando Jose Marcelo Soto Enriquez
_____/

**DRAFT**
COMMISSIONER'S SUBPOENA

TO:

I, Cristina Moreno, an Assistant United States Attorney for the Southern District of Florida, acting pursuant to 18 U.S.C. § 3512 and this Court's order thereunder dated _____, for the purpose of rendering assistance to the Republic of Guatemala, request that you provide before me in Room 400, in the building located at 99 NE 4th Street, in the city of Miami, in the state of Florida, on _____, 2016, at _____ a.m./p.m. to provide documents regarding an alleged violation of attempt and conspiracy to murder.

And that at the place and time aforesaid you provide the following:

**[identify documents, etc., to be produced]**

For production of documents, in lieu of appearing at the place and time aforesaid, you may make arrangements with **[Special Agent _____ or other identified person, at telephone number]** to deliver them at your address, no later than _____, 2016.

For failure to attend and provide said documents, absent a legally recognized privilege, may result in contempt of court proceedings and liable to penalties under the law.


Dated: _____                              _____
                                                                                    CRISTINA MORENO
                                                                                    Assistant United States Attorney
                                                                                    99 NE 4th Street
                                                                                    Miami, FL 33132
                                                                                    Telephone (305) 961-9180